No. 04–573.  CHESAPEAKE BAY FISHING CO., L. C. v. GOLDEN NUGGET, INC., ET AL.  C. A. 4th Cir.  Certiorari denied. ■

No. 04–578.  SERRATO v. KAPLAN ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 04–580.  SORENSON v. NEW YORK ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 04–583.  MACDONALD LETTER SERVICE, INC. v. MARSHALL, SECRETARY OF THE IOWA SENATE, ET AL.  Ct. App. Iowa.  Certiorari denied.

No. 04–584.  KONDAKOVA ET AL. v. ASHCROFT, ATTORNEY GENERAL.  C. A. 8th Cir.  Certiorari denied.

No. 04–588.  OLIVER v. DEPARTMENT OF THE ARMY.  C. A. Fed. Cir.  Certiorari denied.

No. 04–601.  SHAFER v. MILLER-STOUT, SUPERINTENDENT, AIRWAY HEIGHTS CORRECTIONS CENTER.  C. A. 9th Cir.  Certiorari denied.

No. 04–604.  CITY OF TUCSON, ARIZONA, ET AL. v. MCCULLEY.  C. A. 9th Cir.  Certiorari denied.

No. 04–608.  LEWIS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 04–612.  AMARANENI, ADMINISTRATOR OF THE ESTATE OF VENKATARAMIAH, ET AL. v. GULF COAST RESEARCH LABORATORY ET AL.  Sup. Ct. Miss.  Certiorari denied.

No. 04–614.  KELLY v. ORANGE COUNTY, CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 04–615.  KAPLAN v. BERGHUIS, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 04–625.  HAAS v. WISCONSIN ET AL.  C. A. 7th Cir.  Certiorari denied.